| | |
|---|---|
| 1 | MORGAN, MILLER & BLAIR |
|   | MICHAEL BROWN  Bar No. 106975 |
| 2 | TATIA LIRA Bar No. 184741 |
|   | 1676 N. California Blvd., Suite 200 |
| 3 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 937-3600 |
| 4 | Facsimile: (925) 943-1106 |
| 5 | Attorneys for Plaintiff |
|   | PITTSBURG PROPERTIES, LLC |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006 |
|   | MICHELLE Y. McISAAC  Bar No. 215294 |
| 9 | One Embarcadero Center, 16th Floor |
|   | San Francisco, California 94111-3628 |
| 10 | Telephone: (415) 781-7900 |
|    | Facsimile: (415) 781-2635 |
| 11 | |
|    | Attorneys for Defendant |
| 12 | UNIGARD INDEMNITY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PITTSBURG PROPERTIES, a California Limited Liability Company, | ) | CASE NO. CV 04-04167 MMC |
| Plaintiff, | ) | **STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER** |
| v. | ) | |
| UNIGARD INDEMNITY COMPANY, a Washington Corporation, and DOES 1-50, inclusive, | ) | |
| Defendants. | ) | |

To ensure the confidentiality of proprietary information, expedite the flow of discovery material, and protect against the use of discovered information for any purpose other than this litigation, plaintiff Pittsburg Properties LLC and defendant Unigard Indemnity Company ("Unigard") STIPULATE AND AGREE AS FOLLOWS:

In response to discovery propounded by Pittsburg Properties, Unigard will produce

1  certain proprietary information, including claims handling manuals, underwriting files, and other
2  instructional and training material.  Unigard will also produce its Person Most Knowledgeable
3  pursuant to Pittsburg Properties' Federal Rule of Civil Procedure 30(b)(6) in which testimony
4  involving proprietary information may be provided.  Further, to advance the parties' settlement
5  negotiations, Unigard will produce certain privileged reports prepared by its engineering and
6  construction consultants.  Unigard shall designate such proprietary and privileged information as
7  "CONFIDENTIAL."
8       By signing this stipulated protective order, Pittsburg Properties agrees that proprietary
9  information designated CONFIDENTIAL produced by Unigard, as well as deposition testimony,
10 as set forth above, shall be used solely in connection with this litigation and the preparation and
11 trial of this case, or any related appellate proceeding, and not for any other purpose, including
12 without limitation any other litigation or any business or competitive purpose or function.  To
13 that end, Pittsburg Properties further agrees that it shall not distribute or disclose any proprietary
14 documents or information produced by Unigard in this litigation to any non-party or any of its
15 agents, consultants, officers, directors, employees, or representatives except as on a need to know
16 basis in relation to this litigation and the preparation and trial of this case, or any related appellate
17 proceeding.
18 IT IS SO STIPULATED.
19 DATED:  June 21, 2005            MORGAN, MILLER, BLAIR
20
21                                  By:s/Tatia Lira
                                       MICHAEL BROWN
22                                     TATIA LIRA
                                       Attorneys for Plaintiff
23                                     PITTSBURG PROPERTIES
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  June 21, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By:s/Michelle Y. McIsaac |
| 4 | | DENNIS G. ROLSTAD<br>MICHELLE Y. MCISAAC<br>Attorneys for Defendant |
| 5 | | UNIGARD INDEMNITY COMPANY |

ORDER

IT IS SO ORDERED.

APPROVED
Judge Maxine M. Chesney

DATED:  June 22, 2005

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-     CASE NO. CV 04-04167 MMC
STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER