| | |
|---|---|
| 1 | MORGAN, MILLER & BLAIR<br>MICHAEL BROWN  Bar No. 106975 |
| 2 | TATIA LIRA Bar No. 184741<br>1676 N. California Blvd., Suite 200 |
| 3 | Walnut Creek, CA 94596<br>Telephone: (925) 937-3600 |
| 4 | Facsimile: (925) 943-1106 |
| 5 | Attorneys for Plaintiff<br>PITTSBURG PROPERTIES, LLC |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006<br>One Embarcadero Center, 16th Floor |
| 9 | San Francisco, California 94111-3628<br>Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635 |
| 11 | Attorneys for Defendant<br>UNIGARD INDEMNITY COMPANY |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | PITTSBURG PROPERTIES, a California Limited Liability Company, | CASE NO. CV 04-04167 MMC |
| 17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISCOVERY** |
| 18 | v. | |
| 19 | UNIGARD INDEMNITY COMPANY, a Washington Corporation, and DOES 1-50, inclusive, | |
| 20 | Defendants. | |

Plaintiff Pittsburg Properties LLC and defendant Unigard Indemnity Company, by and through their counsel of record, hereby STIPULATE AND AGREE as follows, and provide NOTICE to the Court that:

The parties have agreed to a settlement of this action through acceptance of the mediator's proposal of mediator Michael Dickstein dated June 23, 2005 at 4:42 p.m.  As more

1  fully described in the mediator's proposal, the parties will prepare a comprehensive written

2  settlement agreement and release leading to the dismissal with prejudice of the action as to all

3  parties.

4      The parties further STIPULATE AND AGREE to take all remaining pending depositions

5  off calendar, to be resumed only if the settlement is not consummated.  In the latter case, the

6  parties STIPULATE AND AGREE that the only non-expert discovery to be taken is that

7  discovery noticed and/or propounded prior to June 24, 2005.   The parties further agree that

8  Unigard's counsel will provide Pittsburg Properties with a draft of the written settlement

9  agreement on or before July 1, 2005, and the parties will expect to execute the written agreement,

10  and dismiss this action, within 30 days thereafter.

11      IT IS SO STIPULATED:

12  DATED:  June 27, 2005    MORGAN, MILLER, BLAIR

14      By:s/Michael K. Brown
    MICHAEL BROWN
15      TATIA LIRA
    Attorneys for Plaintiff
16      PITTSBURG PROPERTIES

17  DATED:  June 27, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP

20      By:s/Dennis G. Rolstad
    DENNIS G. ROLSTAD
    Attorneys for Defendant
21      UNIGARD INDEMNITY COMPANY

22      ORDER

IT IS SO ORDERED.

24  DATED: June 27, 2005

25      [APPROVED — Judge Maxine M. Chesney]
    UNITED STATES DISTRICT COURT