| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | DENNIS G. ROLSTAD  Bar No. 150006<br>One Embarcadero Center, 16th Floor |
| 3 | San Francisco, California 94111-3628<br>Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
| 5 | Attorneys for Defendant<br>UNIGARD INDEMNITY COMPANY |
| 6 | |
| 7 | MORGAN, MILLER & BLAIR<br>MICHAEL BROWN  Bar No. 106975<br>JAN A. GRUEN  Bar No. 129842 |
| 8 | TATIA LIRA Bar No. 184741<br>1676 N. California Blvd., Suite 200 |
| 9 | Walnut Creek, CA 94596<br>Telephone: (925) 937-3600 |
| 10 | Facsimile: (925) 943-1106 |
| 11 | Attorneys for Plaintiff<br>PITTSBURG PROPERTIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PITTSBURG PROPERTIES, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIGARD INDEMNITY COMPANY, a Washington Corporation, and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO. CV 04-04167 MMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** **[PROPOSED]** **ORDER** |

   IT IS HEREBY STIPULATED by and between plaintiff Pittsburg Properties LLC and defendant Unigard Indemnity Company, by and through their respective attorneys of record, that the parties have resolved this matter in its entirety, as more fully set forth in the parties' Settlement Agreement and Full and Final Release.

1    IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action
2    shall be DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

3    DATED: August 16, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP

4
5
                                     By: s/Dennis G. Rolstad
6                                       DENNIS G. ROLSTAD
                                        Attorneys for Defendant
7                                       UNIGARD INDEMNITY COMPANY

8

9    DATED: August 15, 2005          MORGAN, MILLER, BLAIR

10

11
                                     By: s/Michael Brown
12                                      MICHAEL BROWN
                                        Attorneys for Plaintiff
13                                      PITTSBURG PROPERTIES, LLC

14        IT IS SO ORDERED.

15

16   DATED: August 23, 2005          _____
                                     UNITED STATES DISTRICT COURT JUDGE
17

18
19
20
21
22
23
24
25
26
27
28